UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**FILED**

APR 0 1 2005

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case No. 04-02714
Judge Norgle

In re Ocwen Federal Bank FSB Mortgage
Servicing Litigation

**NOTICE OF FILING**

TO:    Attached Service List

**PLEASE TAKE NOTICE** that on Friday, May 6, 2005, at 10:30 a.m., we shall appear before the Honorable Charles R. Norgle in Room 2341 in the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, and there and then present: **PLAINTIFFS MOTION FOR SUGGESTION OF REMAND**, a copy of which is attached and hereby served upon you.

Gary Klein
Roddy Klein & Ryan
727 Atlantic Avenue, 2nd Floor
Boston, MA 02111
p. 617.357.5500 ext. 15
f. 617.357.5030

Melvin N. Eichelbaum
6100 Bandera Road
Suite 407
San Antonio, TX 78238

Stephen Henry Gardner
6060 N. Central
Expressway
Suite 560
Dallas, TX 75206

Paul W. Rosenbaum
San Pedro Plaza
7330 San Pedro
Suite 150
San Antonio, TX 78216

## CERTIFICATE OF SERVICE

I, Gary Klein, hereby certify that on this 29th day of March, 2005, I served the Plaintiffs Motion For Suggestion Of Remand, Plaintiffs Memorandum In Support Of Motion For Suggestion Of Remand, and Notice Of Filing, by serving true and correct copies of the same by first class mail, postage prepaid to the following persons. Copies of documents required to be served by Fed.R.Civ.P. 5(a) have been served.

Michael J. Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judicial Building
Room G-255, North Lobby
Washington, D.C. 20002

Clerk, U.S. Bankruptcy Court
U.S. Bankruptcy Court
Western District of Texas
San Antonio Division
Old Post Office Building
615 East Houston Street, Room 137
San Antonio, TX 78205

Melvin N. Eichelbaum
6100 Bandera Road
Suite 407
San Antonio, TX 78238

Stephen Henry Gardner
6060 N. Central Expressway
Suite 560
Dallas, TX 75206

Paul W. Rosenbaum
San Pedro Plaza
7330 San Pedro
Suite 150
San Antonio, TX 78216

Service List (attached)

March 29, 2005

_____
Gary Klein

## SERVICE LIST

Joseph A. Moniz
**Moniz, Cooper & McCann, LLP**
100 Allyn Street
Hartford, Connecticut 06103
(860) 278-0200
(860) 278-2212 FAX
Atty_Joe_Moniz@snet.net

Paul M. Ngobeni
**Ngobeni & Associates**
904 Main Street # 206
East Hartford, CT 06108
(860) 289-3155
(860) 282-7479 FAX

Kelly M. Dermody
**Lieff, Cabraser, Heimann & Bernstein, LLP**
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
(415) 956-1000
(415) 956-1008 FAX
Kdermody@lchb.com

Niall P. McCarthy
**Cotchett, Pitre, Simon & McCarthy**
San Francisco Airport Office Center, Suite 200
840 Malcolm Road
Burlingame, CA 94010
(650) 697-6000
(650) 697-0577 FAX
NmCcarthy@CpsmLaw.com

Thomas A. Jenkins
Daniel Mulligan
**Jenkins & Mulligan**
660 Market Street, 3rd Floor
San Francisco, CA 94104
(415) 982-8500
(415) 982-8515 FAX
dj-jandm@pacbell.net

)

Reed R. Kathrein
Jacqueline E. Mottek
Shana Scarlett
**Lerach, Coughlin, Stoia, Robbins**
100 Pine Street, Suite 2600
San Francisco, CA 94111
(415) 288-4545
(415) 288-4534 FAX
Reedk@lcsr.com

Jeffrey Keller
**Law Offices of Jeffrey Keller**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
(415) 296-8892
(415) 296-8991 (FAX)
(415) 543-7861
JFKeller@aol.com

Gary Klein, Esq.
John Roddy, Esq.
**Grant Klein & Roddy**
727 Atlantic Avenue
Boston, Massachusetts, 02111
(617) 357-5500
(617) 357-5030 FAX
klein@grantkleinroddy.com

Michael I. Behn
Futterman & Howard, Chartered
122 S. Michigan Ave., Suite 1850
Chicago, IL 60603
(312) 427- 3600
(312) 427-1850 FAX
mbehn@futtermanHoward.com

Timothy B. Hyland
**Leffler & Hyland, P.C.**
4163 Chain Bridge Road
Fairfax, VA 22030-4102
(703) 293-9300
(703) 293-9301 FAX
Tbh@lefflerhyland.com

)

Reginald Terrell
**Terrell Law Group**
223 25th Street
Richmond, CA 94804
(510) 237-9700
(510) 237-4616 FAX
reggiet2@aol.com

C. Donald Amamgbo
**Amamgbo & Associates**
1940 Embarcadero
Oakland, CA 94606
(510) 434-7800
(510) 434-7804 FAX
DonaldAmamgbo@Citycom.com

John C. Bienvenu
**Rothstein Donatelli, Hughes, Dahlstrom & Schoenburg, LLP**
P.O. Box 8180
Santa Fe, NM 87504
(505) 988-8004
(505) 982-0307 FAX
Jbienvenu@Rothsteinlaw.com

Gregory S. Cook
1710 Sixth Avenue North
P.O. Box 306
Birmingham, AL 35203-2015
(205) 251-8100
(205) 226-8798 FAX

Basil Shiber
Richard G. Carlston, Esq.
**Miller Starr & Reginaalia**
1331 N. California Blvd., 5th Floor
Walnut Creek CA 94596
(925) 935-9400
(925) 933-4126 FAX
bss@MSandR.com

Randall Edwards, Esq.
**O'Melveny & Myers**
275 Battery Street, 26th Floor
San Francisco, CA 94111

(415) 984-8700
(415) 984-8701 FAX
Redwards@omm.com

Brian P. Brooks
**O'Melveny & Myers LLP**
1625 Eye Street, NW
Washington, DC 20006
(202) 383-5127
(202) 383-5414 FAX
bbrooks@omm.com

Robert A. Nicholas
Louis W. Schack
**REED SMITH LLP**
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
(215) 851- 8100
215-851-1420 fax
lschack@reedsmith.com
rnicholas@reedsmith.com

Harold J. Engel
**Reed Smith LLP**
1301 K Street, NW Suite 1100
Washington, DC 20005
(202) 414-9208
(202) 414-9299 FAX
hengel@reedsmith.com

Daniel M. Nolan
**Dykema Gossett Rooks Pitts**
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
(312) 627-2100
(312) 876-1155 FAX
dnolan@dykema.com

Luigi Spadafora, Esq.
**Winget Spadafora & Schwartzberg**
45 Broadway, 19th Floor
New York, NY 10006
(212) 221-6900

(212) 221-6989 FAX
Spadafora.L@WSSLLP.com

David Sturgeon- Garcia, Esq.
**Reed Smith LLP**
Two Embarcadero Center
Suite 2000
San Francisco CA 94111
(415) 543-8700
(415) 391-8269 FAX

David J. Chizewer
Catherine Carrigan
**Goldberg Kohn Bell Black Rosenbloom & Moritz, Ltd.**
55 E. Monroe St., Suite 3700
Chicago, IL 60603
(312) 201-4000
(312) 332-2196 (FAX)
David.Chizewer@goldbergKohn.com

FILED

APR 0 1 2005

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

Case No. 04-02714

In re Ocwen Federal Bank FSB Mortgage
Servicing Litigation

**MOTION FOR SUGGESTION OF
REMAND**

Pursuant to the Rules of Procedure of the Judicial Panel on Multidistrict Litigation Rule

7.6(c)(ii), Plaintiffs Ralph Carreon Jr., Irma A. Carreon, Michael Owen Tebbs, and Lori Kay

Tebbs ("Plaintiffs"), by their undersigned counsel, hereby move this court for a suggestion of

remand of *Ralph Carreon Jr. et al v. Ocwen Federal Savings Bank, FSB,* W.D. Texas, Bankr.

No. 03-50035-LMC-13; Adv. No. 03-5151-LMC, ("the Carreon action"), which the Judicial

Panel on Multidistrict Litigation ("the Panel") transferred from the United States Bankruptcy

Court for the Western District of Texas ("Bankruptcy Court") to the United States District Court

for the Northern District of Illinois and consolidated with MDL 1604, *In re Ocwen Federal Bank*

*FSB Mortgage Servicing Litigation.* ("MDL 1604") on December 8, 2004.

Plaintiffs' Memorandum In Support Of Its Motion To Remand accompanies this motion.

Respectfully submitted,
Ralph Carreon Jr., Irma A. Carreon,
Michael Owen Tebbs, and Lori Kay Tebbs,
By their attorneys,

Gary Klein
Roddy Klein & Ryan
727 Atlantic Ave. 2nd Floor
Boston MA 02111
(617) 357-5500, x. 15

Melvin N. Eichelbaum
6100 Bandera Road
Suite 407
San Antonio, Texas 78238
(210) 681-5710

Paul W. Rosenbaum
Rosenbaum Law Offices
1919 N.W.Loop 410
Suite 150
San Antonio, TX 78213
210-344-7716

Steve Gardner
Law Office of Stephen Gardner
6060 North Central Expressway, Suite 560
Dallas, TX 75206

Dated: March 29, 2005